## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF RHODE ISLAND

WILBERT L. RICHARDSON
      Plaintiff

vs.                                            Civil Action No. 1:18-cv-00253-WES-LDA

THE CITY OF PROVIDENCE, by and through
its Treasurer, James J. Lombardi, III, alias,
EMILIO MATOS, alias, in his individual and
official capacity as a Providence Police officer,
the STATE OF RHODE ISLAND, and
JOHN DOES 1-10, individually and in their
official capacities,
      Defendants

## DISMISSAL STIPULATION

NOW COME the parties in the above referenced matter and hereby stipulate that Plaintiff's Complaint be dismissed with prejudice, no costs, no interest, no counsel fees.

| Plaintiff, | CITY OF PROVIDENCE, |
|---|---|
| By His Attorneys, | By its Attorney, |
| | JEFFREY DANA |
| /s/Shannah M. Kurland | City Solicitor |
| Shannah M. Kurland | |
| 149 Lenox Avenue | /s/Kevin F. McHugh |
| Providence, RI 02907 | Kevin F. McHugh (#3927) |
| Tel: 401-439-0518 | Senior Assistant City Solicitor |
| Fax: 401-739-9040 | City of Providence Law Department |
| skurland.esq@gmail.com | 444 Westminster Street, Suite 220 |
| | Providence, RI 02903 |
| /s/Richard A. Sinapi | Phone: 401-680-5333 |
| Richard A. Sinapi, Esq. | Fax: 401-680-5520 |
| SINAPI LAW ASSOCIATES, LLC. | kmchugh@providenceri.gov |
| 2374 Post Road, Suite 2013 | |
| Warwick, RI  02886 | |
| Phone: 401-739-9690 | |
| Fax: 401-739-9040 | |
| ras@sinapilaw.com | |

Dated: 3rd March, 2021